RECEIVED

FEB 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Marcella Richardson, on behalf of minor children R R, I R, R R & M B | Civil Action No. 6:16-cv-1469 |
| versus | Judge Rebecca F. Doherty |
| Citi Trends, Inc., et al. | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss filed by Defendants Citi Trends, Inc. and Constitution State Services L.L.C. is GRANTED and that the claims asserted by Plaintiff Marcella Richardson on behalf of her four minor children are DISMISSED.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 23rd day of February, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE